12767

BAYNARD v. ULMER *ET AL.*

(150 S. E., 610)

102

*Mr. Geo. W. Beckett,* for appellant,

*Mr. W. J. Thomas,* for respondents,

November 27, 1929.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

For reasons assigned by his Honor, Judge Johnson, it is the judgment of this Court that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE, STABLER and CARTER concur.